UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEAL JACOBI,

    Plaintiff,                                                Civil Action No. 12-CV-14518

vs.                                                      HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on defendant's motion for summary judgment [docket entry 13] and plaintiff's motion for remand [docket entry 16]. Magistrate Judge R. Steven Whalen has submitted a Report and Recommendation ("R&R") in which he recommends that defendant's motion be granted and plaintiff's motion be denied. Neither party has objected to the R&R and the objection period has expired. The Court has reviewed the parties' motions, the administrative record, and the R&R, and finds that the magistrate judge's analysis and recommendation are sound. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for remand is denied.


\_s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  January 31, 2014
        Detroit, Michigan